IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL DONALD FRANKLIN TIBBS,

Defendant.

Case No. 7:25-CR-00014

## SENTENCING MEMORANDUM OF THE UNITED STATES

On November 14, 2025, defendant Michael Donald Franklin Tibbs pled guilty to Count
One of a Superseding Information that charged him with coercion and enticement of a minor, in
violation of 18 U.S.C. §§ 2422(b) and 2427.  *See* Presentence Investigation Report ("PSR") ¶ 2.
The United States now submits this sentencing memorandum, respectfully requesting the Court
sentence Tibbs to 288 months (24 years) in prison.

The United States reserves the right to call FBI Special Agent Ryan Kennedy at sentencing
to supplement the PSR with additional information from Tibbs's chats with his child-victims.

## I.      APPLICABLE LAW

In determining an appropriate sentence, the Court must consider the sentencing factors
listed in 18 U.S.C. § 3553(a), which encompass:

> (1) offense and offender characteristics; (2) the need for a sentence to reflect the
> basic aims of sentencing, namely, (a) "just punishment" (retribution), (b)
> deterrence, (c) incapacitation, (d) rehabilitation; (3) the sentences legally available;
> (4) the Sentencing Guidelines; (5) Sentencing Commission policy statements; (6)
> the need to avoid unwarranted disparities; and (7) the need for restitution.

*See Rita v. United States*, 551 U.S. 338, 347–48 (2007).  The Court "shall impose a sentence
sufficient, but not greater than necessary, to" achieve the aims federal sentencing.  § 3553(a).

In fashioning such a sentence, "the Guidelines remain the foundation of federal sentencing decisions." *Hughes v. United States*, 584 U.S. 675, 685 (2018).  While they are not mandatory, "[a]s a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark."  *See Gall v. United States*, 552 U.S. 38, 49 (2007). "[T]he Guidelines are not only the starting point for most federal sentencing proceedings but also the lodestar."  *Molina-Martinez v. United States*, 578 U.S. 189, 200 (2016).  Thus, "district courts must . . . remain cognizant of [the Guidelines] throughout the sentencing process."  *Gall*, 552 U.S. at 50 n.6.  Still, despite the USSG's central framework, "the district court must make an individualized [sentencing] assessment based on the facts presented."  *United States v. Provance*, 944 F.3d 213, 218 (4th Cir. 2019).

In making its individualized sentencing decision, "[n]o limitation shall be placed on the information concerning the background, character, and conduct of [the defendant] . . . which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."  18 U.S.C. § 3661.  "[A] federal judge in deciding to impose a sentence 'may appropriately conduct an inquiry broad in scope, largely unlimited either as to the kind of information he may consider, or the source from which it may come.'"  *Concepcion v. United States*, 597 U.S. 481, 492 (2022) (quoting *United States v. Tucker*, 404 U.S. 443, 446 (1972)); *see also United States v. Bowman*, 926 F.2d 380, 381 (4th Cir. 1991) (noting that even after the advent of the USSG, "[t]he type of information to be considered by a sentencing judge is still unlimited").

## II.    ARGUMENT

By his own admission, Tibbs purchased sexual content (spending around $1,000) of sexual content from 10 to 15 minor girls, which he saved on Discord.  PSR ¶ 17.  Many of these chats were preserved in Tibbs's Discord account, although investigators were only able to definitively

identify three child victims from the incomplete chat records.  Additionally, Tibbs kept a collection of child sexual abuse material on his phone, including actual minor girls engaging in sexually explicit conduct, and hundreds of computer-generated and animated images of shocking sexual abuse of children and toddlers.  *See* PSR ¶¶ 15–16.

This egregious conduct warrants a sentence of 288 months in prison to fulfil the purposes of federal sentencing.

### A.    Tibbs caused real harm to at least 10 minor girls

Tibbs argues for a lesser sentence because he contends that his case is distinguishable in that "it involved no sexual contact between Mr. Tibbs and the victims."  Def.'s Sentencing Mem. 7, ECF No. 59.  However, as purely online sexual abuse and exploitation has become more common, studies are emerging that document the psychological impact of that form of abuse, especially for minors.  One study examined the psychological impact of online child sexual abuse ("OCSA") across many cases in Swedish District Courts involving an online offense coupled with the charge "exploitation of children for sexual posing," which "is a non-contact offense where the perpetrator uses solicitation to incite a child to pose sexually."  *See* Malin Joleby et al., *Experiences and Psychological Health Among Children Exposed to Online Child Sexual Abuse*, 27(2) Psychology, Crime & Law, 159, 163 (2020).[1]  The results were not surprising:

> OCSA seemed to be associated with a wide range of health-related consequences that might have serious effects on children's well-being.  Many of these psychological consequences are similar to those established in the systematic review of reviews by Maniglio (2009), investigating the consequences of offline CSA [child sex abuse].  The present findings therefore indicate that OCSA is not to be considered separately from offline CSA, but rather just one of many possible ways in which a child can be exposed to CSA.

---

[1] https://doi.org/10.1080/1068316X.2020.1781120 (last accessed Feb. 17, 2026).

*Id.* at 176.  Of course, the United States is not arguing that Tibbs's offense conduct is equivalent to physical sexual abuse.  Rather, the point is that OCSA causes real psychological harm and suffering, just as other forms of sexual abuse do.  *See id.* at 174.

### B.    Tibbs's victims were generally more vulnerable than their peers

Tibbs also points out that his minor victims were not forced or threatened to induce them to send CSAM.  *See* Def.'s Sentencing Mem. 8.  But that's a double-edged sword.  Tibbs spent countless hours online, specifically *seeking* child-victims who would be willing, or could be groomed to be willing, to send sexually explicit images of themselves.  In other words, Tibbs necessarily sought out children who were vulnerable and misguided enough to trade images of their body for money or praise.  This aligns with various studies that indicate OCSA victims were generally more vulnerable than their peers prior to the abuse:

> The results [of this study] show that some of the children seemed to suffer from a wide range of problems during the time before the abuse, thus indicating that there are some factors that might make a child more vulnerable to OCSA.  Some of these findings are in line with previous studies.  Adolescents with experiences of OCSA had poorer psychological health, lower self-esteem and more frequent risk behavior in comparison with a reference group of adolescents.  Being socially isolated and having problems at home or at school are found to be risk factors for OCSA. . . .  This indicates that these vulnerability factors might be general for all forms of OCSA—a finding that can be important for identifying particularly vulnerable risk groups.

Joleby, *supra*, at 176 (internal citations omitted).

This tracks with two of Tibbs's three known child-victims, including then 13-year-old Minor Victim 1, who had unsupervised internet access since she was as young as 10, and whose mother had recently died of a drug overdose.  *See* PSR ¶ 12.  Likewise, then 15-year-old Minor Victim 2 told Tibbs that she hated the fact that she sold images of herself online because of her insecurities and to pay for her food and things for her cat:

| 2023-02-22 06:07:10.729000+00:00 | gummiez | im always desprate its almost embarrassing |
| 2023-02-22 06:07:23.447000+00:00 | michael2242#0 | Desperate? For what? |
| 2023-02-22 06:07:28.267000+00:00 | gummiez | money |
| 2023-02-22 06:07:52.326000+00:00 | gummiez | i dont even like doing it |
| 2023-02-22 06:07:58.848000+00:00 | gummiez | but it helps me eat |
| 2023-02-22 06:08:11.615000+00:00 | gummiez | And pay for stuff for my cat |
| 2023-02-22 06:08:24.487000+00:00 | michael2242#0 | Once I get paid again Iâ€™ll see what I can do. |
| 2023-02-22 06:08:52.754000+00:00 | gummiez | Dont do it if it puts you in a icky position |
| 2023-02-22 06:09:05.901000+00:00 | michael2242#0 | No. I didnâ€™t say that. |
| 2023-02-22 06:09:15.732000+00:00 | michael2242#0 | I said Iâ€™ll see what I can do. |
| 2023-02-22 06:09:30.966000+00:00 | gummiez | Okay, Thank you very much michael. |
| 2023-02-22 06:09:35.197000+00:00 | gummiez | I appreciate that alot |
| 2023-02-22 06:10:21.689000+00:00 | michael2242#0 | You deserve to be treated kindly. Not sell your body for food. |
| 2023-02-22 06:10:54.146000+00:00 | gummiez | ðŸ¥¹ |
| 2023-02-22 06:11:32.141000+00:00 | michael2242#0 | Iâ€™ll treat you kinky. And help all I can when I can. |
| 2023-02-22 06:11:36.559000+00:00 | michael2242#0 | Kindly. |
| 2023-02-22 06:11:57.908000+00:00 | gummiez | I so want to give you a hug |
| 2023-02-22 06:12:27.443000+00:00 | gummiez | thank you for being so kind |
| 2023-02-22 06:12:44.831000+00:00 | michael2242#0 | It just makes me sad. |
| 2023-02-22 06:13:17.247000+00:00 | michael2242#0 | You selling your body to eat is so sad. |
| 2023-02-22 06:13:36.080000+00:00 | gummiez | Its absolutely pitiful |
| 2023-02-22 06:13:38.464000+00:00 | gummiez | I hate it |

Gov.'s Ex. 1

She also told Tibbs about her rocky home life:

| 2023-02-27 03:14:44.390000+00:00 | gummiez | i cant even cry or be upset |
| 2023-02-27 03:14:52.407000+00:00 | gummiez | I cant express any emotions! |
| 2023-02-27 03:14:56.595000+00:00 | gummiez | im so sick of it |
| 2023-02-27 03:15:08.409000+00:00 | gummiez | If i just go away then there wouldnt be a problem anymore |
| 2023-02-27 03:15:16.595000+00:00 | michael2242#0 | No, stop that |
| 2023-02-27 03:15:23.100000+00:00 | michael2242#0 | You can express emotions |
| 2023-02-27 03:15:33.908000+00:00 | gummiez | Im so sick of it! Im so angry, she never lets me have anything |
| 2023-02-27 03:15:38.611000+00:00 | michael2242#0 | Do you not think I donâ€™t hear how happy you are when we talk? |
| 2023-02-27 03:15:52.251000+00:00 | gummiez | she never comforts me, shes always talking to her boyfriend, shes ALWAYS WORRIED ABOUT THE WRONG THING |
| 2023-02-27 03:15:52.513000+00:00 | michael2242#0 | Or how shy or excited you get? |
| 2023-02-27 03:15:55.167000+00:00 | gummiez | im sick of it |
| 2023-02-27 03:15:57.986000+00:00 | gummiez | im tired of it |
| 2023-02-27 03:16:08.841000+00:00 | gummiez | my own mother is in my house and yet it feels like I dont have one! |
| 2023-02-27 03:16:46.112000+00:00 | gummiez | Its like anything I do isnt taken seriously |
| 2023-02-27 03:16:50.369000+00:00 | michael2242#0 | I never got any comfort from mine either. |
| 2023-02-27 03:16:51.783000+00:00 | gummiez | she dosent care anymore! |

Gov.'s Ex. 2

5

Tibbs, nevertheless, still exploited Minor Victim 2 after her confession, and he cajoled her to send him escalating sexual images of her body.

## III.    CONCLUSION

Tibbs caused real harm to at least 10 young girls by convincing them to send him sexual images of their bodies.  At least two of those victims are known to have been uniquely vulnerable to Tibbs's requests.  While it may be superficially easy to downplay enticement as a non-contact offense, the full psychological impact of Tibbs's behavior is likely far understated.  OCSA is an increasing ubiquitous danger.  The Court should recognize the gravity of that danger and deter it by sentencing Tibbs to 288 months in prison.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

/s/ *Drew O. Inman*

DREW O. INMAN
PA Bar No. 328494
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1709
Roanoke, Virginia 24008-1709
P: 540-857-2250
F: 540-587-2614
Drew.Inman@usdoj.gov

6

## CERTIFICATE OF SERVICE

I certify that on February 17, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel for the defendant.

/s/ *Drew O. Inman*
Assistant United States Attorney